## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bowers, Regina V | Case Number:  05 B 36908 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/03/09 | Filed:  9/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: February 4, 2009
Confirmed:  November 7, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,984.68 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,404.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 711.18 |
| Other Funds: | | 168.68 |
| Totals: | 12,984.68 | 12,984.68 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 5,127.54 | 8,077.17 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 203.00 | 319.74 |
| 5. | Peoples Energy Corp | Unsecured | 40.23 | 0.00 |
| 6. | Country Door | Unsecured | 25.43 | 40.08 |
| 7. | Capital One | Unsecured | 28.65 | 45.12 |
| 8. | Worldwide Asset Purchasing LLC | Unsecured | 6.65 | 10.48 |
| 9. | Figi's Inc. | Unsecured | 5.59 | 8.80 |
| 10. | AmeriCash Loans, LLC | Unsecured | 112.76 | 177.60 |
| 11. | AmeriCash Loans, LLC | Unsecured | 89.23 | 140.57 |
| 12. | Cottonwood Financial Ltd | Unsecured | 216.95 | 341.75 |
| 13. | Check N Go | Unsecured | 54.25 | 85.45 |
| 14. | Ginny's | Unsecured | 42.46 | 66.90 |
| 15. | PDL Financial Services | Unsecured | 57.86 | 91.16 |
| 16. | Direct Tv | Unsecured | | No Claim Filed |
| 17. | Bergners | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Comcast | Unsecured | | No Claim Filed |
| 20. | Crossing Pointe | Unsecured | | No Claim Filed |
| 21. | Village Furniture | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Midnight Velvet | Unsecured | | No Claim Filed |
| 24. | MCI | Unsecured | | No Claim Filed |
| 25. | Consumer Action Center | Unsecured | | No Claim Filed |
| 26. | Pay Day Loans | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Bowers, Regina V | | Case Number: 05 B 36908 |
| | | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | | Filed: 9/13/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | SBC | Unsecured | | No Claim Filed |
| 28. | Fashion Bug | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | TCF Bank | Unsecured | | No Claim Filed |
| 31. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 8,710.60 | $ 12,104.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 82.88 |
| 5% | 28.10 |
| 4.8% | 149.84 |
| 5.4% | 227.94 |
| 6.5% | 139.96 |
| 6.6% | 82.46 |
| | $ 711.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: